# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LIWANDA YOUNG

VERSUS

ADMIRAL INSURANCE COMPANY,
FAVROT & SHANE COMPANIES,
INC., 1ST LAKE PROPERTIES,
INC. AND OAK CREEK
APARTMENTS, LLC

NO.   2024 CW 0661

**DECEMBER 3, 2024**

---

In Re:    1st Lake Properties, Inc., Favrot & Shane Companies, Inc., and Oak Creek Apartments, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 743897.

---

BEFORE:    **GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

> **WRIT GRANTED WITH ORDER.** The trial court's July 18, 2024 judgment that denied the motion to transfer for *forum non conveniens* filed by defendants is reversed.  Pursuant to Louisiana Code of Civil Procedure article 123, for the convenience of the parties and the witnesses and in the interest of justice, a court may, upon contradictory motion, transfer a civil case to another district court where it might have been brought.   In this case, the trial court abused its discretion in denying defendants' motion to transfer for *forum non conveniens*.   The convenience of the parties and witnesses and the interest of justice would be better served by transferring this case to Jefferson Parish. See **Holland v. Lincoln General Hosp.**, 2010-0038 (La. 10/19/10), 48 So.3d 1050, 1055-57.   Thus, the motion to transfer for *forum non conveniens* filed by defendants, 1st Lake Properties, Inc., Favrot & Shane Companies, Inc., and Oak Creek Apartments, LLC, is granted.   The case is remanded to the trial court, which is instructed to transfer the matter to the 24th Judicial District Court for Jefferson Parish.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT